**FILED**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AUG 1 1 2008

Clerk, U.S. District and
Bankruptcy Courts

JOHN L. CORRIGAN
31912 – 53RD PLACE SOUTH
AUBURN, WA  98001-3877
PHONE:  253.735.5025

CIVIL ACTION NO. _____

VS.

NATIONAL TREASURY EMPLOYEES UNION
1750 H STREET NW
WASHINGTON, DC  20006;

Case: 1:08-cv-01403
Assigned To : Urbina, Ricardo M.
Assign. Date : 8/11/2008
Description: Labor-ERISA

NATIONAL CREDIT UNION ADMINISTRATION
1775 DUKE STREET
ALEXANDRIA, VA  22314-3428; AND

US OFFICE OF PERSONNEL MANAGEMENT
1900 E STREET NW
WASHINGTON, DC  20415

## COMPLAINT

1.   This is a declaratory judgment action to construe a collective bargaining agreement and/or determine rights and obligations under a collective bargaining agreement.  It also seeks declaratory judgment clarification on certain "hours of work" not specifically identified in the collective bargaining agreement (CBA).

2.   Jurisdiction is established under, 28 U.S.C. § 2201.

3.   This action is against:

   a. the National Treasury Employees Union (NTEU), the union representing certain National Credit Union Administration employees;

   b. the National Credit Union Administration (NCUA), an Executive Government Agency of the United States; and

COMPLAINT  -  1

    c. The US Office of Personnel Management, an Executive Government Agency of the United States.

5. NTEU and NCUA entered in a CBA at the end of 2007 and/or beginning of 2008. Certain provisions of that CBA are contrary to a government-wide regulation defining "hours of work" promulgated by the OPM [or if not contrary than the regulations as promulgated by the OPM are "arbitrary, capricious, and/or an abuse of discretion]. These include: a) Commute Time – NCUA examiners work from their home and as such have on commute time; b) commute time deduction for hours of work when traveling from home to an overnight temporary duty station; and b) Compensatory Travel Time – if an NCUA examiner travels home on a holiday the examiner is only paid for the holiday and not both the travel time and holiday as provided in the regulation.

6. NTEU and NCUA have improperly revised certain provisions of the Federal Travel Regulation (FTR) – which is also contrary to a government-wide regulation and outside the party's power to bargain. These include claims that: a) the CBA travel reimbursement rules (Chapter 14) supersedes the FTR; b) improperly revised calculation of the Cost Comparison Statement (CCS); c) inclusion of hours of work into the CCS; d) revised determination of food per diem for start and finish of temporary duty; e) improperly determined laundry allowance adjustment; f) improperly requested additional receipt requirements (like supplies over $25 instead of $75); g) improper $25 allowance for staying overnight at friends or relatives; and h) some rather complicated IRS calculation about taxable income related to staying

out and/or coming back home over the weekend – which, as designed, is contrary to the IRS regulation.

7. Travel time (like overnight travel) and commute time regulations promulgated by OPM relating to "hours of work" are "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law."

## RELIEF SOUGHT

1. A decision stating that NCUA Examiners and other similarly positioned NCUA employees work from their homes and do not have a "normal/ordinary" commute time and, therefore, are not subject to hours of work deductions related to commute time – or that an NCUA Examiner's travel is an integral part of and indispensable to the principal activity of the examination of geographically dispersed Federal and State credit unions.

2. A decision stating that the CBA is required by regulation to follow the Federal Travel Regulation (FTR) and cannot bargain on travel rules that conflict or overrule the FTR – and, that as a matter of record, the specific rules identified in this complaint are contrary to the FTR; and

3. A decision stating that NCUA employees who travel on holidays are to be compensated for the holiday itself and, if NCUA employees work or travel on that holiday, they *also* receive compensatory time for the work/travel [assuming no other issues are in evidence]; and

COMPLAINT  -  3

4. A decision stating that regulations as promulgated by OPM relating to commute time and travel time are "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law."

RESPECTFULLY SUBMITTED this 9th day of August 2008.

*John L. Corrigan*
JOHN L. CORRIGAN
31912 53rd Place South
Auburn, WA 98001-3877
Phone: 253.735.5025

COMPLAINT - 4

08-1403
RMU

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
JOHN L. CORRIGAN

88888

## DEFENDANTS
NATIONAL TREASURY EMPLOYEES UNION, ETAL

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  KING
(EXCEPT IN U.S. PLAINTIFF CASES)  PRO SE

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)  11001
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

JOHN L. CORRIGAN
31912 – 53RD PLACE SOUTH
AUBURN, WA 98001-3877
PHONE: 253.735.5025

Case: 1:08-cv-01403
Assigned To : Urbina, Ricardo M.
Assign. Date : 8/11/2008
Description: Labor-ERISA

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ( ) 1 U.S. Government Plaintiff
- (●) 2 U.S. Government Defendant
- ( ) 3 Federal Question (U.S. Government Not a Party)
- ( ) 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ● 1 | ● 1 | Incorporated or Principal Place of Business in This State | ● 4 | ● 4 |
| Citizen of Another State | ● 2 | ● 2 | Incorporated and Principal Place of Business in Another State | ● 5 | ● 5 |
| Citizen or Subject of a Foreign Country | ● 3 | ● 3 | Foreign Nation | ● 6 | ● 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
- [ ] 410 Antitrust

### ○ B. Personal Injury/Malpractice
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- [ ] 151 Medicare Act

**Social Security:**
- [ ] 861 HIA ((1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g)
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g)

**Other Statutes**
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**Personal Property**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**Bankruptcy**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**Property Rights**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**Federal Tax Suits**
- [ ] 870 Taxes (US plaintiff or defendant
- [ ] 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**Other Statutes**
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation

- [ ] 470 Racketeer Influenced & Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 900 Appeal of fee determination under equal access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions (if not administrative agency review or Privacy Act

5

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ⊙ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☒ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC Section 2201 - Some provisions of Collective Bargaining Agreement are contrary to government-wide regulations.

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☐

**VIII. RELATED CASE(S) IF ANY**   N/f   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 08/09/08   SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

   I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

   III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

   IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

   VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

   VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.